UNITED STATES DISTRICT COURT
for the
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| MEG DeAVILLA FOX, F/K/A MEG DeAVILLA, <br>     Plaintiff <br><br> V. <br><br> HOLLAND AMERICA LINE, <br>     Defendant | ) <br> ) <br> ) <br> )    Civil Action No.: <br> ) <br> ) <br> ) <br> ) |

## SEAMAN'S DECLARATION

The Plaintiff, MEG DeAVILLA FOX, F/K/A MEG DeAVILLA, in the above entitled action was a seaman and claims the benefits of the United States Code, Title 28, Section 1916, which provides that:

"In all courts of the United States, seamen may institute and prosecute suits and appeals in their own names and for their own benefit for wages or salvage or the enforcement of laws enacted for their health or safety without prepaying fees or costs or furnishing security therefor"

Pursuant to 28 USC 1746, I declare under penalty of perjury that the foregoing is true and correct. Executed on the 22nd day of May, 2014.

                                                /s/ Carolyn M. Latti
                                                Carolyn M. Latti, BBO 567394
                                                Latti & Anderson LLP
                                                30-31 Union Wharf
                                                Boston, MA 02109
                                                (617) 523-1000